**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**REGINA JOHNSON**                                                                              **PLAINTIFF**

**v.**                                          **Case No. 4:14-cv-00336-KGB**

**KROGER CO.**                                                                              **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 4th day of May, 2015.  Plaintiff Regina Johnson appeared through her attorney Stephen L. Curry.  Defendant Kroger Co. appeared through its attorney Michael J. Emerson.  All parties announced ready for trial.  A jury of twelve was selected and sworn.

On May 4, 2015, the jury returned a verdict as follows:

## VERDICT

We the jury award plaintiff Regina Johnson damages, if any, as against defendant Kroger, Co.:

$   67,500.00

                                                             /s/  Greg Hogue
                                                            FOREPERSON

Date:   5-4-15

Judgment is therefore entered in favor of plaintiff Regina Johnson and against defendant Kroger Co. in the amount of $67,500.00, with interest to accrue from the date of the entry of this judgment at the rate of 0.25% per annum pursuant to 28 U.S.C. § 1961.

SO ORDERED this the 5th day of May, 2015.

Kristine G. Baker
United States District Judge